| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | JOHN N. DAHLBERG (SBN 85122) |
| 2 | jnd@dillinghammurphy.com |
|   | 323 Sacramento Street, Suite 2000 |
| 3 | SAN FRANCISCO, CALIFORNIA 94111 |
|   | TELEPHONE:  (415) 397-2700 |
| 4 | FACSIMILE:    (415) 397-3300 |
| 5 | ATTORNEYS FOR THE LAW OFFICES OF |
|   | PALMER, REIFLER & ASSOCIATES, P.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| SEPHORA USA, Inc., | CASE NO. 3:15-cv-05750-JCS |
| Plaintiff, | **STIPULATION PURSUANT TO LOCAL RULE 6-1(a) ENLARGING TIME TO PLEAD THROUGH FEBRUARY 8, 2016** |
| v. | |
| PALMER, REIFLER & ASSOCIATES, a Florida Corporation, | |
| Defendant. | |

The parties stipulated and agreed on or about January 5, 2016 that defendant The Law Offices of Palmer, Reifler & Associates, P.A. may have through and until February 8, 2016 to answer or otherwise plead to the complaint.

DATED: February 1, 2016

BRYAN CAVE LLP
ADAM BREZINE

BY: /s/ Adam Brezine
ATTORNEYS FOR SEPHORA USA, INC.

DATED: February 1, 2016

DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG

BY: /s/ John N. Dahlberg
ATTORNEYS FOR THE LAW OFFICES OF PALMER, REIFLER & ASSOCIATES, P.A.

Dated: 2/2/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page No. 1 – Case No.  3:12-cv-5064 JSC
STIPULATION ENALRGING TIME TO PLEAD THROUGH FEBRUARY 8, 2016