| | |
|---|---|
| DILLINGHAM & MURPHY, LLP<br>JOHN N. DAHLBERG (SBN 85122)<br>jnd@dillinghammurphy.com<br>353 Sacramento Street, Suite 2000<br>SAN FRANCISCO, CALIFORNIA 94111<br>TELEPHONE: (415) 397-2700<br>FACSIMILE: (415) 397-3300<br><br>ATTORNEYS FOR LAW OFFICES OF<br>PALMER, REIFLER & ASSOCIATES, P.A. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| SEPHORA USA, Inc.,<br><br>      Plaintiff,<br><br>  v.<br><br>PALMER, REIFLER & ASSOCIATES, a Florida Corporation,<br><br>      Defendant. | CASE NO. 3:15-cv-05750-JCS<br><br>**DECLARATION OF NATT REIFLER, ESQ. ON BEHALF OF DEFENDANT PRA IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION** |

I, NATT REIFLER declare as follows:

1. I am an attorney at law licensed to practice in the state of Florida. I practice law with Defendant **LAW OFFICES OF PALMER, REIFLER & ASSOCIATES, P.A.** (hereinafter "PRA"), and I make this declaration on its behalf in compliance with this Court's Order dated May 9, 2016.

2. Pursuant to Florida law, PRA is a corporation. Under Florida law, it is also allowed to refer to itself as a "professional association" because the corporation is authorized to engage in licensed professional services.

3. In 1999, PRA changed its name from Law Offices of Palmer & Associates, P.A. to Law Offices of Palmer, Reifler & Associates, P.A.

4. PRA has continuously filed its annual reports with the Florida Secretary of State as For Profit Corporations are required to do.

5. PRA is not a partnership.

6. There are two owners of PRA, myself and James R. Palmer. We are both citizens of the State of Florida. We both maintain our principal residences in Florida.

I declare under penalty of perjury under the laws of the State of Florida and of the United States that the foregoing is true and correct, and if called as a witness, could and would testify competently thereto.

Executed on May 10, 2016, at Orlando, Orange County, FL.

                                                       /s/ Natt Reifler