```
DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG (SBN 85122)
jnd@dillinghammurphy.com
601 Montgomery Street, Suite 1900
San Francisco, CA  94111
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant
LAW OFFICES OF PALMER, REIFLER & ASSOCIATES, P.A.


BRYAN CAVE, LLP
DANIEL T. ROCKEY (SBN179604)
daniel.rockey@bryancave.com
GOLI MAHDAVI
goli.mahdavi@bryancave.com
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434

Attorneys for Plaintiff
SEPHORA USA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| SEPHORA USA, Inc.,<br><br>            Plaintiff,<br><br>       v.<br><br>PALMER, REIFLER & ASSOCIATES, a Florida Corporation,<br><br>            Defendant. | CASE NO. 3:15-cv-05750-JCS<br><br>**STIPULATION RE: DISMISSAL CONDITIONED UPON COURT RETAINING JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT** |

# STIPULATION OF DISMISSAL SUBJECT TO COURT'S RETENTION OF JURISDICTION

The parties to the above-captioned matter hereby stipulate as follows:

**WHEREAS**, Plaintiff Sephora USA, Inc. filed a complaint on December 15, 2015, in the United States District Court, Northern District - San Francisco, Case No. 3:15-cv-05750-JCS, captioned *Sephora USA, Inc. v. Palmer, Reifler & Associates* ("the Action").

**WHEREAS**, the parties participated in mediation pursuant to United States District Court ADR L.R. 6 before Shirish Gupta, Esq. at JAMS (San Francisco) on August 30, 2016 and January 18, 2017.

**WHEREAS**, after the mediation with Mr. Gupta was unsuccessful, the parties jointly sought and received a referral from the Court to United States Magistrate Judge Sallie Kim for a settlement conference which commenced on March 7, 2017. Judge Kim facilitated subsequent negotiations through April 14, 2017.

**WHEREAS**, after numerous exchanges following the settlement conference with Judge Kim, and with Judge Kim's assistance, the parties reached a settlement of the Action in principle pursuant to a written settlement agreement ("Settlement Agreement") which involves a series of payments over time and is therefore expressly subject to the Court's agreement to retain jurisdiction of the matter for purposes of enforcing said settlement, including for purposes of entering a provisionally confidential consent judgment in favor of Sephora in the event Defendant fails to make payments due under the settlement agreement, the form of which consent judgment has been agreed between the parties and expressly incorporated into the Settlement Agreement.

///
///
///
///
///
///
///
///

**NOW, THEREFORE**, the parties stipulate to dismissal of the action with prejudice pursuant to F.R.C.P. Rule 41(a)(1)(ii), subject to the Court's agreement to retain jurisdiction for purposes of enforcing the settlement and to entrance of the attached Stipulation and Order.

DATED: June 22, 2017　　　　　　　　　　DILLINGHAM & MURPHY, LLP
　　　　　　　　　　　　　　　　　　　　JOHN N. DAHLBERG

　　　　　　　　　　　　　　　　　BY:　/s/ John N. Dahlberg
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR LAW OFFICE OF
　　　　　　　　　　　　　　　　　　　　PALMER, REIFLER & ASSOCIATES, P.A.

DATED: June 22, 2017　　　　　　　　　　BRYAN CAVE, LLP
　　　　　　　　　　　　　　　　　　　　DANIEL T. ROCKEY

　　　　　　　　　　　　　　　　　BY:　/s/ Daniel T. Rockey
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR SEPHORA USA, INC.

# [PROPOSED] ORDER OF DISMISSAL AND RETENTION OF JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT

Pursuant to F.R.C.P. Rule 41(a)(1)(ii) and the Stipulation of the parties, and good cause appearing, the Court orders as follows:

1. The terms of the parties' Settlement Agreement are expressly incorporated herein and made a part of this order, including the provisionally confidential consent judgment attached thereto;

2. The Court shall retain jurisdiction over this matter solely for purposes of enforcing the Settlement Agreement, including entering the provisionally confidential consent judgment in the event Defendant shall fail to comply with the Settlement Agreement;

3. The case captioned *Sephora USA, Inc. v. Palmer, Reifler & Associates*, Case No. 3:15-cv-05750-JCS, is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1)(ii);

4. Each party to bear its own costs and fees.

IT IS SO ORDERED:

DATED: June ___, 2017

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE