DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG (SBN 85122)
jnd@dillinghammurphy.com
601 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

ATTORNEYS FOR LAW OFFICES OF
PALMER, REIFLER & ASSOCIATES, P.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| SEPHORA USA, Inc., | CASE NO. 3:15-cv-05750-JCS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO ENLARGE TIME WITHIN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT |
| v. | |
| PALMER, REIFLER & ASSOCIATES, a Florida Corporation, | |
| Defendant. | |

This Court GRANTS defendant's *ex parte* application to enlarge time within which to file its opposition to the plaintiff's motion to enforce the settlement agreement (Dkt. 79). Defendant's opposition must be filed and served by November 27, 2018, and the hearing on the motion will occur on __January 11__, __, 2019. at 9:30 AM

DATED: 11/14/18

_____
United States Magistrate Judge
Joseph C. Spero

Case No. 3:15-cv-05750-JCS
PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO ENLARGE TIME WITHIN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT