**BRYAN CAVE LEIGHTON PAISNER, LLP**
Daniel Rockey, California Bar No. 178604
Joseph J. Poppen, California Bar No. 239282
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: daniel.rockey@bryancave.com
Email: joseph.poppen@bryancave.com

Attorneys for Plaintiff
SEPHORA USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEPHORA USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PALMER, REIFLER & ASSOCIATES, a Florida Corporation, <br><br> Defendant. | CASE NO. 3:15-cv-05750-JCS <br><br> **DECLARATION OF STEFAN JENSEN IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR ENTRY OF CONSENT JUDGMENT** <br><br> Date: January 11, 2019 <br> Time: 9:30 a.m. <br> Courtroom: G <br><br> Chief Magistrate Judge Joseph C. Spero <br> 450 Golden Gate Avenue, <br> San Francisco, CA 94102 <br> Action Filed: December 15, 2015 <br> Trial Date: None |

# DECLARATION OF STEFAN JENSEN

I, Stefan Jensen, declare as follows:

1. I am employed by plaintiff Sephora USA, Inc. ("Sephora") and currently serve as Treasurer. In my position as Treasurer of Sephora, I am familiar with Sephora's practices and procedures with respect to the receipt and tracking of payments received from vendors and other third parties, including those payments owed to Sephora by Defendant, Palmer, Reifler & Associates ("Palmer") pursuant to the June 19, 2017 Settlement Agreement in this matter. I make this declaration based upon my own personal knowledge unless otherwise stated and would and could testify thereto if called upon to do so.

2. It is my understanding that the parties agreed pursuant to the Settlement Agreement that Palmer would make each monthly payment by the 9th of every month. Sephora received the first monthly payment from Palmer on July 10, 2017. However, as of August 11, 2017, Plaintiff had not received any settlement payment from Palmer for August 2017. The August payment was eventually received on August 15, 2017. Palmer also failed to timely make the payment for September 2017. The September 2017 payment was received two weeks late on September 25, 2017. Palmer also failed to timely make the payment for October, which was received on October 18. Palmer timely made the payment for November 2017, but failed to timely make payments for December 2017, January 2018, February 2018 and March 2018. In each such instance, Defendant did not make the respective monthly payment until after our outside counsel had sent Defendant a notice of default.

3. Palmer failed to make any payments in April and May 2017. Palmer eventually made two payments on June 6, 2018, however, Palmer failed to timely make the June 2018 payment, which was eventually received on June 26, 2018. Palmer failed to timely make both the July and August 2018 payments. The payments were eventually received by Sephora on September 17, 2018. Attached hereto as **Exhibit A** is a true and correct printout from Sephora's bank showing that the funds from the $8,888.88 payment representing the July and August 2018 payments were not made available to Sephora until September 17, 2018, more than eight days after September 6, 2018.

4.  To date, Palmer has failed to make any payment for either September or October 2018.

5.  To date, Palmer has made fourteen payments in the amount of $4,444.44 each, totaling $62,222.16. It is my understanding that under the Settlement Agreement, Palmer agreed to pay a total of $175,000 in the event of a default. As such, the amount due to Sephora under the Settlement Agreement is $112,777.84 ($175,000 - $62,222.16).

I declare under penalty of perjury under the laws of the State of California that the facts set forth above are true and correct.

Dated: November 15, 2018

By: _____
Stefan Jensen
Treasurer
Sephora USA, Inc.

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

**EXHIBIT A**



# Transaction Details

**Transaction Details For 21826012930 1**

**Statement Date**
09/17/2018

**Amount**
8,888.88

**Currency**
USD

**Bank Name**
CITIBANK

**Bank Reference**
21826012930 1

**Value Date**
09/17/2018

**Branch Name**
NEW YORK CITIBANK - CORPORATE

**Branch Number**
930

**Entry Date**
09/17/2018

**Account Name**
SEPHORA USA LLC

**Account Number**
██████

**IBAN Number**
--

**Customer Name**
SEPHORA USA, LLC

**Customer Number**
██████

**Customer Reference**
NONREF

**Additional Details**

| Field Name | Value |
|---|---|
| Product Type | Funds Transfer |
| Payment Details | ACH CREDIT RECEIVED SENDING BANK REF # 265270416487252RCVR NAME SEPHORA SENDING PERSON/CO PALMERRECO OP INDIV/CO. I.D SEPHORA ENTRY DESCRIPTION PAYMENT |
| Posted Time | 05:41:00 -0400 |
| Batch Track Number | 535437153865 |

**Legal Text**
We have Credited your Account.