| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | JOHN N. DAHLBERG (SBN 85122) |
| 2 | 601 Montgomery Street, Suite 1900 |
| | SAN FRANCISCO, CALIFORNIA 94111 |
| 3 | TELEPHONE: (415) 397-2700 |
| | FACSIMILE:    (415) 397-3300 |
| 4 | jnd@dillinghammurphy.com |

ATTORNEYS FOR THE LAW OFFICES OF
PALMER, REIFLER & ASSOCIATES, P.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| SEPHORA USA, Inc., | CASE NO. 3:15-cv-05750-JCS |
| Plaintiff, | |
| v. | **WITHDRAWAL OF DEFENDANT'S SEPARATELY-FILED EVIDENTIARY OBJECTIONS TO PLAINTIFF'S RENEWED MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| PALMER, REIFLER & ASSOCIATES, a Florida Corporation, | |
| Defendant. | Date:         January 11, 2019 |
| | Time:        9:30 a.m. |
| | Courtroom: G, 15th Floor |
| | Judge:       Joseph C. Spero |

   Defendant erroneously filed *separate* Evidentiary Objections (Dkt.85) to portions of the declarations of Sephora's corporate Treasurer Stefan Jensen (Dkt. 83-1) and attorney Daniel Rockey (Dkt. 83-2) during the afternoon of December 4, 2018 as part of its timely response to the plaintiff's motion to enforce the Settlement Agreement (Dkt.83).

   Defendant hereby withdraws the Objections but only as a separate filing.  Defendant has integrated the original objections today into the corrected and revised response Memorandum also filed today at pp.18-19 to comply with L.R.7-3(a).

| | | |
|---|---|---|
| 1  DATED: December 5, 2018 | | DILLINGHAM & MURPHY, LLP |
| 2 | | JOHN N. DAHLBERG |

BY: _/s/ John N. Dahlberg_
ATTORNEYS FOR THE LAW OFFICES OF
PALMER, REIFLER & ASSOCIATES, P.A.